J-S29013-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                                            :               PENNSYLVANIA
                                              :

               v.                         :
                                              :
                                              :
WILFREDO SANTIAGO           :
                                              :
           Appellant          :     No. 3639 EDA 2018

Appeal from the PCRA Order Entered November 28, 2018
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0902211-1985

BEFORE: PANELLA, P.J., NICHOLS, J., and PELLEGRINI, J.[*]

JUDGMENT ORDER BY PANELLA, P.J.:         **FILED MARCH 14, 2023**

Pursuant to the Supreme Court of Pennsylvania's order dated January 9, 2023, *see Commonwealth v. Santiago*, 346 EAL 2020 (Pa. 2023), we remand this matter to the PCRA court to allow Santiago an opportunity to file an amended PCRA petition raising his claim of ineffective assistance of PCRA counsel. *See Commonwealth v. Bradley*, 261 A.3d 381, 402 (Pa. 2021) (noting that an amended petition may be required to develop assertions of PCRA counsel's ineffectiveness).[1] The PCRA court may set appropriate timelines for the filing of any such petition and may schedule any hearings it determines necessary for the disposition of the petition.

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] The Supreme Court denied allocatur "as to all remaining issues." *See Santiago*, 346 EAL 2020 (Pa. 2023).

Case remanded with instructions. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 3/14/2023